[No. 18887-9-I.   Division One.   January 4, 1988.]

*In the Matter of the Marriage of* SHIRLEY JOHNSON, *Appellant, and* ELMER JOHNSON III, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-3-01454-9, Robert C. Bibb, J., entered June 27, 1986. *Affirmed* by unpublished opinion

per Swanson, J., concurred in by Williams and Coleman, JJ.